JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MHF OPCO, LLC.<br><br>Plaintiff,<br><br>v.<br><br>Ryan Charles Drexler,<br><br>Defendant. | CASE NO. 2:26-CV-05471-TJH-MBK<br><br>**ORDER GRANTING APPLICATION FOR ORDER PERMITTING SERVICE OF PROCESS BY REGISTERED PROCESS SERVER [2]**<br><br>[No Hearing Required] |

IT IS HEREBY ORDERED that MHF OPCO, LLC'S Application for an Order Permitting Service of Process by Registered Process Server is GRANTED, and that any agent of ADVANCED ATTORNEY SERVICES, a registered California process server, who is at least 18 years of age, of suitable discretion, and not a party to this action, is authorized and appointed to serve any Writ of Execution issued by this Court, and all accompanying papers required to effectuate an execution levy under California Code of Civil Procedure sections 699.510 *et seq*. The U.S. Marshal shall remain as the Levying Officer.

**IT IS SO ORDERED.**

Dated: May 26, 2026

Terry J. Hatter, Jr.
Terry J.
United States District Judge