*WHEN RECORDED MAIL TO:*
Phillip A. Zunshine, Esq. (SBN 339010)
Alexander J. Kessler, Esq. (SBN 278240)
GRANT, KESSLER & ZUNSHINE, APC
1331 India Street, San Diego, CA 92101
Tel: 619-233-7078 / Fax: 619-233-7036

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

MHF Opco, LLC

PLAINTIFF(S),

v.

Ryan Charles Drexler

DEFENDANT(S).

CASE NUMBER:

CV 2:26–cv–05471 TJH (MBKx)

**ABSTRACT OF JUDGMENT/ORDER**

I certify that in the above-entitled action and Court, Judgment/Order was entered on 5/12/2026
in favor of MHF Opco, LLC
whose address is c/o Grant, Kessler & Zunshine, APC 1331 India Street, San Diego, CA 92101
and against Ryan Charles Drexler
whose last known address is 10000 Santa Monica Boulevard, #2202, Los Angeles, CA 90067
for $ 3374521.75 Principal, $ 3132242.64 Interest, $ 18746.27 Costs,
and $ 256990.00 Attorney Fees.

ATTESTED this 29 day of MAY, 2026
Judgment debtor's driver's license no. and state; ________ (last 4 digits) ☑ Unknown.
Judgment debtor's Social Security number; 0120 (last 4 digits) ☐ Unknown.

☑ No stay of enforcement ordered by Court
☐ Stay of enforcement ordered by Court, stay date ends ________

SEAL OF THE U.S. DISTRICT COURT CENTRAL DIST. OF CALIFORNIA
1244

Judgment debtor's attorney's name and address and/or address at which summons was served:

Ryan Charles Drexler
10000 Santa Monica Boulevard, #2202
Los Angeles, CA 90067

CLERK, U.S. DISTRICT COURT

By ________
Deputy Clerk

CHRIS SAWYER

*NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.*